RECEIVED
MAR - 6 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HARRISON JEFFERSON | DOCKET NO. 1:13-CV-2654; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| TIM KEITH | MAGISTRATE JUDGE KIRK |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because Petitioner's claims are barred by the one-year limitations period codified at 28 U.S.C. §2244(d) and are not exhausted.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 6th day of March, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA